UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS SLATEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN DIOR, INC.,<br><br>    Defendant. | Case No. 23-cv-00409-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on May 11, 2023, the Court orders:

1. Discovery is not stayed.

2. Plaintiff shall file her amended complaint on or before June 1, 2023.

3. Class certification schedule:

   - Deadline to file class certification motion and expert reports:     Feb. 22, 2024
   - Deadline to oppose class certification and serve expert reports:  May 2, 2024
   - Deadline to file class certification reply:                                       July 3, 2024
   - Class Certification Motion Hearing:                                              August 8, 2024

The Court will hold a further case management conference on August 24, 2023 at 1:30 p.m. via Zoom video. An updated case management conference statement is due one week in advance. The Court will be most interested in the parties' suggestion as to the mode and timing of initial ADR.

**IT IS SO ORDERED.**

Dated: May 12, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge