UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS SLATEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN DIOR PERFUMES, LLC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00409-JSC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 76 |

　　　The Court having granted Defendant's motion to dismiss the Second Amendment Complaint without leave to amend by Order filed April 1, 2024, enters judgment in favor of Defendant and against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: April 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge